# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor

Date: 09/25/2026 Time: 10:00 AM

Defendant: Alex Miyer Pena J#: 52736-506 Case #: 22-CR-20104-BECERRA

AUSA: Yara Dodin Attorney: **Ricardo P. Hermida - CJA**

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Status RE: Indig./Arraignment/PTD hearing CJA Appt: ____

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: TEMP -Pretrial Detention

Bond Set at: ____ Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: Spanish

Disposition:

*Brady Order given on 9-21-26*

Defendant's Ore Tenus request to reschedule PTD and Arraignment; Granted. Defendant sworn and colloquied regarding his financial ability to contribute to the Court registry. Defendant found indigent. No payment to the Court registry required.

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **PTD**/Bond Hearing: | **10/02** | **10:00 AM** | **DUTY** | **MIAMI** |
| Prelim/**Arraign** or Removal: | **10/02** | **10:00 AM** | **DUTY** | **MIAMI** |
| Status Conference RE: | | | | |

D.A.R. 10:34:19 Time in Court: 2 mins