**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-JB-31**

**UNITED STATES OF AMERICA,**

**vs.**

**ALEX MIYER PEÑA,**

**Defendant.**
_____________________________/

**MOTION TO APPOINT SECOND CHAIR COUNSEL**

COMES NOW the Defendant, ALEX MIYER PEÑA, by and through undersigned counsel and moves this Honorable Court for the entry of an Order finding that this matter is extended and complex and for the appointment of second chair counsel pursuant to the Criminal Justice Act. In support, Mr. Miyer Peña states as follows:

Defendant Alex Miyer Peña has been charged by way of Superseding Indictment with one count of conspiracy to provide material support or resources to carry out a violation of section 956, resulting in death, one count of providing material support or resources to carry out a violation of section 956, resulting in death, and one count of conspiracy to kill or kidnap a person outside the United Staes. Each count carries a maximum sentence of life imprisonment.

This matter involves multiple defendants and witnesses. Discovery in this case is extensive. Because of the volume of materials that need to be reviewed, as well as the number of witnesses which need to be interviewed and assisting in preparation of the defense before and during trial, defense counsel asks this court to appoint second chair counsel, Jason Alan Kaufman.

Other district courts have been faced with the issue of appointment of second chair pursuant to the Criminal Justice Act. In *United States v. Coles*, 474 F.Supp.3d 661 (M.D. Pa 2020), a District Court in the Middle District of Pennsylvania found that where the government chose not to seek

the death penalty, the defendant may request that learned counsel continue on the case as second chair. "We find it appropriate to continue the appointment of learned counsel for all former death eligible defendants" when a case is designated unusual and complex. *Id* at 665-66. See also *U.S. v. Ledbetter*, 107 F.Supp.3d 849 (S.D. Ohio 2015); *United States v. Gerace*, 2025 WL 1374947 (Dist. Ct. WD N.Y. 2025).

Furthermore, the Criminal Justice Act, 18 USC §3006A, authorizes this Court to appoint more than one attorney in complex serious cases. The judge of the United States District Court for the Southern District of Florida have adopted, and the Eleventh Circuit Court of Appeals has approved, the *Guide to Judiciary Policy, Volume VII A*. The *Guide to Judiciary Policy, Volume VII A* focuses on defender services, specifically addressing the Criminal Justice Act and related statutes. According to Section VI (Provision of Representational Services), "more than one attorney may be appointed in any case determined by the court to be complex."

The government is represented by at least three prosecutors in this case. At a minimum, in order to properly defend Mr. Miyer Peña during the trial, it is respectfully submitted that at least two qualified defense counsel are necessary to ensure justice and provide Mr. Miyer Peña with the best possible defense.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Undersigned counsel has conferred with the prosecution team and they have advised that the government takes no position.

WHEREFORE, the Defendant, ALEX MIYER PEÑA respectfully moves this Court to find that this matter is extended and complex and to appoint Jason Alan Kaufman as second chair pursuant to the Criminal Justice Act.

Respectfully submitted,

***s/ Rick Hermida***
Rick Hermida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on September 29, 2026.

***s/ RICK HERMIDA***
Counsel for Mr. Miyer Peña
Florida Bar Number: 716790
55 Merrick Way, Suite 212
Coral Gables, Florida 33134
P. 305/461-1116
F. 305/461-6446
rick@rphermida.com