**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-JB-31**

**UNITED STATES OF AMERICA,**

**vs.**

**ALEX MIYER PEÑA,**

**Defendant.**
_____________________________/

**ORDER GRANTING DEFENDANT'S**
**MOTION TO APPOINT SECOND CHAIR COUNSEL**

**THIS CAUSE** came before the Court on the Defendant, ALEX MIYER PEÑA's Motion to Appoint Second Chair Counsel, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

Jason Alan Kaufman is hereby appointed as Second-Chair defense counsel for Defendant ALEX MIYER PEÑA in this case.

Mr. Kaufman shall be compensated from CJA funds at the prevailing hourly rate under this District's Criminal Justice Act (CJA) Plan, as set forth in Chapter 2, Section 230.16(b) of the Criminal Justice Act Guidelines.

**DONE AND ORDERED** in the Southern District of Florida on this ________ day of ________________, 2026.

_______________________________
**HON. JACQUELINE BECERRA**
**UNITED STATES DISTRIC JUDGE**

Copies provided to:
All counsel of Record
And to Jason Alan Kaufman, Esq.